UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV24-05104 JAK (JPRx) | Date | September 16, 2024 |
| Title | Iris Ortiz v. Sheraton Operating LLC, et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jasmin Al-Aradi | Jason Guyser |

**Proceedings:**   **MOTION FOR ORDER REMANDING ACTION TO STATE COURT (DKT. 15)**

The motion hearing is held on Plaintiff's Motion for Order Remanding Action to State Court at Dkt. 15 (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  |  : | 32 |
|---|---|---|
| Initials of Preparer | TJ | |